JS-6

FILED
CLERK, U.S. DISTRICT COURT
3/25/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SHAHRIAR BEHJOU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. CV 18-10777 JAK (Ex)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable John A. Kronstadt<br>United States District Judge |

| | |
|---|---|
| 1 | Having reviewed the Stipulation for Dismissal with Prejudice and good cause |
| 2 | appearing thereof: |
| 3 | IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its |
| 4 | entirety with prejudice. |
| 5 | IT IS FURTHER ORDERED THAT each party shall bear his, her or its own |
| 6 | attorney's fees, costs and expenses. |

Dated: March 25, 2020  _____
John A. Kronstadt
United States District Judge